K. C. MEDGORDEN v. O. J. PAULSON.
EDWARD J. LORING AND ANOTHER, GARNISHEES.[1]

October 7, 1927.

No. 26,196.

**Order not appealable.**
 An order under G. S. 1923, § 9367, granting plaintiff leave to file a supplemental complaint against a garnishee is not appealable.

Appeal and Error, 3 C. J. p. 454 n. 21; p. 456 n. 28.

The garnishees appealed from an order of the district court for Hennepin county, Leary, J., granting the plaintiff leave to file a supplemental complaint. Appeal dismissed.

*Loring & Anderson,* for appellants.
*Oscar Bodin,* for respondent.

DIBELL, J.

The garnishees appeal from an order made pursuant to G. S. 1923, § 9367, granting the plaintiff leave to file a supplemental complaint making them parties.

[1]Reported in 215 N. W. 516.

In Prince v. Heenan, 5 Minn. 279 (347), it is held that such order is not appealable. It does not go to the merits nor prevent the entry of a judgment determining the rights of the garnishees. If the order had denied the plaintiff leave to file a supplemental complaint, the result might be different, for then the plaintiff could not have had his claim adjudicated. See Wipperman Merc. Co. v. Jacobson, 133 Minn. 326, 158 N. W. 606. The order is reviewable but not appealable.

Appeal dismissed.